O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAE HYUK SHIN,<br><br>        Petitioner,<br><br>  vs.<br><br>J. SULLIVAN, Warden,<br><br>        Respondent. | Case No. CV 12-1322-GW (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Amended Petition, records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

      IT THEREFORE IS ORDERED that (1) petitioner's request for an evidentiary hearing is denied; and (2) Judgment be entered denying the Amended Petition and dismissing this action with prejudice.

DATED: February 14, 2014

                                            GEORGE H. WU
                                            UNITED STATES DISTRICT JUDGE