JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BAE HYUK SHIN,                          )          Case No. CV 12-1322-GW (RNB)
                                        )
                        Petitioner,     )          **JUDGMENT**
                                        )
            vs.                         )
                                        )
J. SULLIVAN, Warden,                    )
                                        )
                        Respondent.     )
_____)

        Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

        IT IS HEREBY ADJUDGED that the Amended Petition is denied and this action is dismissed with prejudice.

DATED:  February 14, 2014          _____
                                   GEORGE H. WU
                                   UNITED STATES DISTRICT JUDGE